No. 89–1289. CHAPMAN v. HOMCO, INC. C. A. 5th Cir. Certiorari denied.

No. 89–1291. MOSHKELGOSHA ET AL. v. PRINCE GEORGE'S COUNTY, MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 89–1294. CASSILLY v. MARYLAND DEPARTMENT OF HUMAN RESOURCES ET AL. Ct. App. Md. Certiorari denied.

No. 89–1299. BLACKWELL v. CITY OF ST. LOUIS, MISSOURI, ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 89–1302. NZONGOLA v. GEORGIA ET AL. Super. Ct. Ga., Fulton County. Certiorari denied.

No. 89–1308. WILHELM ET UX. v. FIRST NATIONAL BANK & TRUST CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–1337. GARDNER v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 89–1342. CANDEE CONSTRUCTION CO., INC. v. MYERS ET AL. Sup. Ct. S. D. Certiorari denied.

No. 89–1369. SCHMIDT v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 89–1387. BRIDGES v. NATIONWIDE MUTUAL INSURANCE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–1394. PENA v. NICHOLS, SHERIFF, OAKLAND COUNTY, MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 89–5984. BRADY v. MARTIN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–6162. HOWELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6172. CAREY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.